UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ROBIN DELORENZO,

                    Plaintiff,

        -against-

NATIONAL FOOTBALL LEAGUE; WALTER
ANDERSON; AND BYRON BOSTON,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2026
```

26 Civ. 2546 (AT)

**<u>ORDER</u>**

ANALISA TORRES, District Judge:

The Court has reviewed Defendants' pre-motion letter seeking leave to file a motion to dismiss, *see* ECF No. 28, and Plaintiff's response, *see* ECF No. 30.  Defendants' motion is GRANTED.  Accordingly:

1.  By **July 20, 2026**, Defendants shall file their motion.
2.  By **August 24, 2026**, Plaintiff shall file its opposition.
3.  By **September 21, 2026**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: June 15, 2026
      New York, New York

_____
      ANALISA TORRES
     United States District Judge